Jackson *v.* The State.

———————

JACKSON *v.* THE STATE.

CRIMINAL LAW AND PRACTICE.—A criminal prosecution upon indictment will be held erroneous where the record fails to show that the indictment was duly returned by the grand jury in open Court.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—This was a prosecution under the statute prohibiting the sale, without license, of intoxicating liquors, by a less quantity than a quart. The indictment appears to have been filed in the clerk's office of said Court on the 15th of *February*, 1862, but it is not shown to have been "returned by the grand jury into open Court." It is true the transcript before us contains a statement to the effect that the Court, at the next term after the indictment was filed, directed an entry to be made of its return, but no such entry was made. And as the record fails to show such return by the grand jury, the proceedings must be held erroneous.

The judgment is reversed.

*H. D. Thompson, N. W. Gordon* and *W. R, Pierce*, for the appellant.

*Oscar B. Hord,* Attorney General, for the State.